IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARLAND A. JONES, | ) Case No. C 15-2476 PSG (PR) |
| Plaintiff, | ) **ORDER OF TRANSFER** |
| v. | ) |
| CORRECTIONAL OFFICER TOLSON, | ) |
| Defendant. | ) |

On June 4, 2015, Garland A. Jones, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Correctional Officer Tolson. Correctional Officer Tolson is employed by Corcoran State Prison and the events complained of occurred at Corcoran State Prison, which is located in Kings County. Because Kings County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1]  Accordingly, this case is TRANSFERRED to the Eastern District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 15-2476 PSG (PR)
ORDER OF TRANSFER

1    IT IS SO ORDERED.

2  DATED:   7/6/2015

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 15-2476 PSG (PR)
ORDER OF TRANSFER                    2